IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY,** )<br>) <br>Plaintiff,  ) <br>) <br>v.  ) <br>) <br>**FORESIGHT ENERGY, LLC, et al.,**  ) <br>) <br>Defendants.  ) <br>) | **Case No. 2:19-cv-03020-EAS-KAJ**<br><br>**Chief Judge Edmund A. Sargus**<br>**Magistrate Judge Kimberly Jolson** |

## ALL DEFENDANTS' NOTICE OF WITHDRAWAL OF TRIAL ATTORNEY AND SUBSTITUTION OF NEW COUNSEL

Defendants Hillsboro Energy, LLC, Foresight Energy, LLC, Foresight Energy GP LLC, Foresight Energy LP, and Foresight Energy Services ("Defendants"), pursuant to Local Rule 83.4(c)(3), respectfully provide notice of the withdrawal of Scott E. North and Arlene L. Boruchowitz, of the law firm Porter Wright Morris & Arthur LLP, and of the appearance Robert Haffke and James E. von der Heydt, of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, as Defendants' counsel.

1. Mr. North is currently designated as the "Trial Attorney" for this action under Local Rule 83.4. Ms. Boruchowitz entered an additional appearance on behalf of Defendants. (Doc. 7.)

3. Under Local Rule 83.4(c)(3), a notice such as this one is effective in replacing a parties' counsel if it is signed by the withdrawing counsel, the appearing counsel, and the client.

5. Mr. Haffke and Mr. von der Heydt are admitted in this Court and certify that they will comply with the existing schedule.

12671747 v1

Dated:   September 26, 2019               Respectfully submitted,


                                           /s/  Scott E. North
                                           /s/  Arlene L. Boruchowitz (by email consent)
**Porter Wright Morris & Arthur LLP**
Scott E. North (0028043) (*withdrawing Trial Attorney*)
Arlene L. Boruchowitz (0096747)
Porter Wright Morris & Arthur, LLP
41 S. High Street, 29th Floor
Columbus, OH 43215
614.227.2087
614.227-2100 (facsimile)
snorth@porterwright.com


         /s/  Robert Haffke       (by email consent)
         /s/  James E. von der Heydt  (by email consent)
**Benesch, Friedlander, Coplan & Aronoff LLP**
Robert Haffke (0082451) (*appearing Trial Attorney*)
James E. von der Heydt  (0090920)
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
T: 216.363.4150
F: 216.363.4588
rhaffke@beneschlaw.com
jvonderheydt@beneschlaw.com


         /s/ *Cody Nett*    (by email consent)------------------
*Cody Nett*
Assistant General Counsel, Foresight Energy
on behalf of All Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 26th day of September 2019, the foregoing document was electronically filed with the Court's electronic filing system, which will provide notice of the same to all parties indicated on the electronic filing receipt.

        /s/ Scott E. North
        Scott E. North
        *Withdrawing Counsel for All Defendants*